UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GABRIEL RAMOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-349 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO BRIEF MERITS

Respondent is ordered to file a motion for summary judgment, or a brief on the merits of the petition, on or before **Monday, June 23, 2008**. Petitioner's response is due on or before **Wednesday, July 23, 2008.**

ORDERED this 14th day of May, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE